UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| **v.** | ) ) | CRIMINAL NO. 05-95-P-H |
| **ROBERT GIVEN,** | ) ) ) | |
| DEFENDANT | ) | |

### ORDER WITH REGARD TO RETROACTIVE COCAINE BASE (CRACK) GUIDELINE AMENDMENT

In this case, the defendant Robert Given faced a mandatory sentencing floor of 5 years because he pleaded guilty to possession with intent to distribute 5 or more grams of cocaine base (crack). He received 39 months because the government moved to depart under Guideline § 5K1.1 and 18 U.S.C. § 3553(e). The change in the retroactive cocaine base (crack) Guideline amendment does not help him. His statutory sentencing floor remains at 5 years (60 months) and thus the reduction for cooperation-type factors remains the same as well. As a result, although the court has appointed counsel for Given and has undertaken this independent review of the effect of the retroactive cocaine base (crack) Guideline amendment (without any motion from Given), I conclude that there is no basis to reduce his sentence.

According to a Supplemental Presentence Report the Probation Office has prepared under Guideline § 1B1.10, Given was placed at a halfway house and

subsequently released (in January, 2008) to home confinement. He is scheduled to be released altogether and begin his term of supervised release on April 19, 2008.

**SO ORDERED.**

**DATED THIS 28TH DAY OF FEBRUARY, 2008**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

2